HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
rwh@h2law.com
Jennifer Lloyd, Nevada Bar No. 9617
jl@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Defendants Diageo North America Inc.*
*& Diageo Americas Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COUNTER WRAPS INTERNATIONAL INC d/b/a DC MEDIA AND MARKETING, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIAGEO NORTH AMERICA INC., a Connecticut corporation; DIAGEO AMERICAS INC., a Delaware corporation; and DOES I through X;<br><br>Defendants. | Case No. 2:16-cv-02924-JCM-CWH<br><br>**STIPULATION AND PROPOSED MODIFIED SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

Pursuant to this Court's November 27, 2017 Order (ECF 30), and Local Rules 7-1 and 26-4, Plaintiff Counter Wraps International Inc. d/b/a DC Media and Marketing ("Plaintiff") and Defendants Diageo North America, Inc. and Diageo Americas Inc. (collectively "Defendants" and, together with Plaintiff, the "Parties") hereby respectfully submit this Stipulation and Proposed Modified Scheduling Order (Second Request):

///

///

1. The operative Amended Scheduling Order entered by this Court on May 30, 2017 (ECF 21) contains the following deadlines:

    a. Last date to complete discovery: November 9, 2017.

    b. Last date to amend pleadings and add parties: Closed.

    c. Last date to file interim status report: Closed.

    d. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): September 12, 2017.

    e. Last date to disclose rebuttal experts: October 12, 2017.

    f. Last date to file dispositive motions: January 11, 2018.

    g. Last date to file joint pretrial order: February 11, 2018. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of the court.

2. The parties have met and conferred, and stipulate, to the following proposed deadlines, subject to the approval of this Court, as follows:

    a. Last date to complete discovery: April 13, 2018.

    b. Last date to amend pleadings and add parties: Closed.

    c. Last date to file interim status report: Closed.

    d. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): Closed.

    e. Last date to disclose rebuttal experts: Closed.

    f. Last date to file dispositive motions: June 8, 2018.

    g. Last date to file joint pretrial order: July 9, 2018.

3. The Parties respectfully submit that the conditions necessary for the modification of this Court's current Scheduling Order (ECF 21) exist here. Per this Court's operative Scheduling Order, discovery closed on November 9, 2017. (ECF 21.) On November 27, 2017, this Court granted Plaintiff's Motion to Modify Scheduling Order and for Leave to

File Proposed First Amended Complaint (the "FAC"). (ECF 22 & 24.) In that Order (ECF 30), this Court required the parties to "meet and confer and file a proposed modification of the discovery plan and scheduling order by December 13, 2017," the date of this submission.

4. Defendants contend that further depositions, and certain written discovery, are necessary because of issues raised by the FAC, which brings new claims sounding in fraud.

5. Plaintiff contends that further discovery is unnecessary, given that the FAC still arises out of the negotiation, execution, and performance of the Nuvo Agreement, which contract was the subject of its initial complaint.

6. The Parties have met and conferred, and agree to the modified discovery and pre-trial schedule outlined above. The Parties do not believe any other modification of the discovery plan or scheduling order is needed at this time.

7. If this Stipulation is granted, the Parties agree to promptly propound, and timely respond to, any discovery served by either Party.

8. One previous stipulation to extend discovery deadlines was submitted to this Court, on May 15, 2017 (ECF 20), and was granted by this Court (ECF 21).

9. Wherefore, the Parties stipulate and request that the Court issue an Order to extend the discovery cutoff until April 13, 2018, as provided in Section 2 above.

Dated this 13th day of December, 2017

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Hernquist
  Robert Hernquist, Nevada Bar No. 10616
  Jennifer Lloyd, Nevada Bar No. 9617

*Attorneys for Defendants Diageo North America Inc. & Diageo Americas Inc.*

Dated this 13th day of December, 2017

SKIERMONT DERBY LLP

By: /s/ John J. O'Kane IV
  Paul B. Derby [pro hac vice]
  John J. O'Kane IV [pro hac vice]
  and
  RANDOLPH LAW FIRM
  Taylor Randolph, Nevada Bar No. 10194

*Attorneys for Plaintiff Counter Wraps International Inc. d/b/a DC Media and Marketing*

IT IS SO ORDERED.

DATED: December 14, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____

# **CERTIFICATE OF SERVICE**

I am employed in the State of California, County of Los Angeles. I am over the age of 18 years old and not a party to this action. My business address is 800 Wilshire Boulevard, Suite 1450, Los Angeles, California 90017.

On December 13, 2017, I served the following document described as:

**STIPULATION AND PROPOSED MODIFIFED SCHEDULING ORDER (SECOND REQUEST)**

by filing the same using the CM/ECF system of the United States District Court for the District of Nevada, which automatically ensured that the attorney(s) representing the party(ies) listed below received a true copy of the above-described document by electronic mail at the following email addresses:

Robert W. Hernquist, Esq. (rwh@h2law.com)
Jennifer R. Lloyd, Esq. (jl@h2law.com)
HOWARD & HOWARD
3800 Howard Hughes #1000
Las Vegas, Nevada 89169
*Counsel of Record for Defendants
Diageo North America, Inc. & Diageo Americas, Inc.*

I declare that on December 13, 2017, at 3:12 and 3:14 p.m. as shown by the inbox of my business electronic mail, I received the permission of Mr. Hernquist, counsel for the Defendants, to file this Joint Stipulation on behalf of all Parties.

I also declare that I am a member in good standing of the California State Bar Association and am admitted to practice before the Ninth Circuit Court of Appeals and all federal district courts in the State of California. I further declare that I am admitted to practice before the United States District Court for the District of Nevada *pro hac vice* in the matter of *Counter Wraps Int'l, Inc. v. Diageo N. Am., Inc. et al.*, D. Nev. Case No. 2:16-cv-02924-JCM-CMH. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2017, at Los Angeles, California.

          **s/ John J. O'Kane IV**
          JOHN J. O'KANE IV