# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COUNTER WRAPS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAGEO NORTH AMERICA, INC., et al., <br><br> Defendants. | Case No. 2:16-cv-02924-JCM-CWH <br><br> **ORDER** |

Presently before the court is defendants Diageo North America Inc. and Diageo Americas Inc.'s Motion to File Under Seal Exhibits in Support of Their Motion for Summary Judgment (ECF No. 38), filed on June 8, 2018. Defendants request that various exhibits in support of their motion for summary judgment be filed under seal because they are subject to a protective order in this case. Plaintiff does not oppose the motion.

Generally, the public has a right to inspect and copy judicial records. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Such records are presumptively publicly accessible. *Id.* Consequently, a party seeking to seal a judicial record "bears the burden of overcoming this strong presumption." *Id.* In the case of dispositive motions, the party seeking to seal the record "must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Id.* at 1178-79 (alteration and internal quotation marks and citations omitted). Among the compelling reasons which may justify sealing a record are "when such court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (quotation omitted). However, avoiding a litigant's

"embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id.*

In this case, while discovery may have proceeded pursuant to a protective order, defendants are now asking to seal documents related to a case-dispositive motion. Given that defendants do not articulate compelling reasons to do so, the court will deny their motion to seal without prejudice.

IT IS THEREFORE ORDERED defendants Diageo North America Inc. and Diageo Americas Inc.'s Motion to File Under Seal Exhibits in Support of Their Motion for Summary Judgment (ECF No. 38) is DENIED without prejudice. If defendants renew their motion, it must comply with LR IA 10-5.

DATED: July 19, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE