TAYLOR RANDOLPH [NBN 10194]
tr@randolphlawfirm.com
RANDOLPH LAW FIRM, P.C.
6260 North Durango Drive
Building 6, Suite 100
Las Vegas, Nevada 89149
Telephone: (702) 570-3211

PAUL B. DERBY [*admitted pro hac vice*]
pderby@skiermontderby.com
JOHN J. O'KANE IV [*admitted pro hac vice*]
jokane@skiermontderby.com
SKIERMONT DERBY LLP
800 Wilshire Boulevard, Suite 1450
Los Angeles, California 90017
Telephone: (213) 788-4500
Facsimile: (213) 788-4545

Attorneys for Plaintiff
COUNTER WRAPS INTERNATIONAL
INC. DBA DC MEDIA AND MARKETING

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COUNTER WRAPS INTERNATIONAL, INC. d/b/a DC Media and Marketing, a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DIAGEO NORTH AMERICA INC., a Connecticut corporation; DIAGEO AMERICAS INC., a Delaware corporation; and DOES 1 through Z, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02924-JCM-DJA<br><br>**STIPULATION AND PROPOSED MODIFIED SCHEDULING ORDER**<br><br>**(FOURTH REQUEST)**<br><br>Complaint Filed:　　　Oct. 20, 2016<br><br>First Amended<br>Complaint Filed:　　　Dec. 14, 2017<br><br>Case Removed to<br>Federal Court:　　　　Dec. 16, 2016 |

1  Pursuant to Local Rules 7-1, 26-1, and 26-4, Plaintiff Counter Wraps
2  International Inc. d/b/a DC Media and Marketing ("Plaintiff") and Defendants Diageo
3  North America, Inc. and Diageo Americas Inc. (collectively "Defendants" and,
4  together with Plaintiff, the "Parties") hereby respectfully submit this Stipulation for an
5  additional twenty-one (21) days to file the Joint Pretrial Order, which would require
6  that the Joint Pretrial Order be filed on or before December 8, 2020.
7  This requested extension is necessary because the Parties are substantively
8  engaged in the meet and confer effort needed to submit a complete Proposed Joint
9  Pretrial Order, and given the voluminous record (over 40,000 pages of documents,
10 multiple rounds of written discovery, and eight (8) depositions), a short additional
11 extension of time inclusive of the Thanksgiving holiday will permit the Parties to
12 complete the exchange of objections and responses to proposed exhibits, deposition
13 testimony, and other items required under the Local Rules. The Parties' meet and
14 confer efforts have been particularly extensive, and required more time than expected,
15 and the Parties' meet and confer has been slightly delayed by the absence of one of the
16 two handling attorneys for Plaintiff, who was out of the office for a few weeks on
17 paternity leave, in addition to the difficulties presented by the COVID-19 pandemic
18 and stay-at-home orders previously addressed with the Court.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  The Parties expect this will be their final request for an extension of time on the
2  deadline to file the Joint Pretrial Order, which has been extended on three prior
3  occasions (ECF 62, 65 & 68).

4  DATED: November 11, 2020                                  DATED: November 11, 2020

5      SKIERMONT DERBY LLP                              HOWARD & HOWARD ATTORNEYS PLLC

8  By: *[signature]*                                         By: /s/ Robert Hernquist (by permission)
    PAUL B. DERBY [*Pro Hac Vice*]                          ROBERT HERNQUIST
9      JOHN J. O'KANE IV [*Pro Hac Vice*]                   [Nev. Bar No. 10616]
                                                             JENNIFER LLOYD
10                                                           [Nev. Bar No. 9617]
    Attorneys for Plaintiff
11 COUNTER WRAP                                              Attorneys for Defendants
    INTERNATIONAL INC d/b/a DC                              DIAGEO NORTH AMERICA INC.
12 Media and Marketing                                       and DIAGEO AMERICAS INC.

14                                **IT IS SO ORDERED.**

16                                _____
17                                UNITED STATES MAGISTRATE JUDGE

19                                DATED: November 13, 2020

2
STIPULATION FOR EXTENTION OF TIME TO FILE JOINT PRETRIAL ORDER
(FOURTH REQUEST)

Wednesday, November 11, 2020 at 09:16:25 Pacific Standard Time

| | |
|---|---|
| **Subject:** | Re: [EXTERNAL] CWI / Diageo |
| **Date:** | Wednesday, November 11, 2020 at 8:25:02 AM Pacific Standard Time |
| **From:** | Robert W. Hernquist |
| **To:** | Mane Sardaryan |
| **CC:** | Johnny O'Kane, Paul B. Derby |
| **Attachments:** | hh_logo_0f1dbcb0-80ba-4943-b445-368a57555dd0.png |

This draft looks fine. You have my permission to attach my electronic signature. Thank you.



**Robert W. Hernquist**
Attorney

3800 Howard Hughes Pkwy., Ste. 1000, Las Vegas, NV 89169
**D:** 702.667.4834 | **F:** 702.567.1568
rwh@h2law.com | Bio | vCard | LinkedIn

**NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**COMMUNICATION:** Please copy all Intellectual Property instructions to ipdocket@h2law.com to ensure proper handling and send corresponding originals to our Royal Oak, MI office.

> On Nov 10, 2020, at 5:02 PM, Mane Sardaryan <msardaryan@skiermontderby.com> wrote:
>
>
> Mr. Hernquist,
>
> Please see attached draft stipulation for your review.  Please let us know if you have any edits or additions; otherwise, please let us know if we have permission to use your /s/ e-signature to file with the Court.  Thanks very much!
>
> Mane
>
> _____
> Mane Sardaryan | Skiermont Derby LLP
> 800 Wilshire Boulevard, Suite 1450, Los Angeles, California 90017
> P: 213.788.4504 | F: 213.788.4545 | skiermontderby.com
>
> This message is the property of Skiermont Derby LLP and may contain privileged information
> or attorney work product. If this message has been delivered to you by mistake, then do not copy
> or deliver this message to anyone. Instead, destroy it and notify me by reply e-mail.
>
>
>
>> On Nov 10, 2020, at 1:55 PM, Robert W. Hernquist <rwh@h2law.com> wrote:
>>
>> Hi Johnny.  Yes, I'm fine with pushing out the deadline again.

<hh_logo_0f1dbcb0-80ba-4943-b445-368a57555dd0.png>

**Robert W. Hernquist**
Attorney

3800 Howard Hughes Pkwy., Ste. 1000, Las Vegas, NV 89169
**D:** 702.667.4834  |  **F:** 702.567.1568
rwh@h2law.com  |  Bio  |  vCard  |  LinkedIn

**NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**COMMUNICATION:** Please copy all Intellectual Property instructions to ipdocket@h2law.com to ensure proper handling and send corresponding originals to our Royal Oak, MI office.

On Nov 10, 2020, at 1:21 PM, Johnny O'Kane <jokane@skiermontderby.com> wrote:

> **CAUTION: EXTERNAL EMAIL**
>
> Rob,
>
> Hope you're well.  Technically, I am supposed to be on paternity, so I'm a bit detached on the back-and-forth.
>
> But I did open up some of the documents you sent over, and I think it makes sense for us to agree to one more stip to push the joint pretrial order submission.  It's not really fair for me to expect Paul and Mane to be able to respond to the evidence objections in my absence, especially some of the surprising ones, and I figure on your end you'd appreciate more time with the deposition designations and other items as well.
>
> So, how about we agree to do December 8?  With Thanksgiving in the middle there that's functionally just about another two weeks.  December 11 (that Friday) is also an option.  Either way everyone gets just a bit more time, my team (and you, given our meet and confer obligations) get the benefit of my being back in the office, folks' turkey day is protected, and this is done, done and submitted well in advance of the December holidays (if 12/8, with Hanukkah beginning 12/10).

I blessed this proposal with Paul en route to a doctor's appointment, and hope we can reach quick agreement, so please let us know your answer up or down as soon as you can.

Thanks,
Johnny O'Kane

_____

John J. O'Kane IV, Esq.
SKIERMONT DERBY LLP
800 Wilshire Boulevard
Suite 1450
Los Angeles, California 90017
jokane@skiermontderby.com

> On Nov 3, 2020, at 1:47 PM, Robert W. Hernquist <rwh@h2law.com> wrote:
>
> **EXTERNAL**
>
> Paul,
>
> Attached is a slightly revised draft of the Exhibit List, adding Exhibits 488 through 516.
>
> Best,
> -Rob
>
> <hh_logo_0f1dbcb0-80ba-4943-b445-368a57555dd0.png>
>
> **Robert W. Hernquist**
> Attorney
>
> 3800 Howard Hughes Pkwy., Ste. 1000, Las Vegas, NV 89169
> **D:** 702.667.4834 | **F:** 702.567.1568
> rwh@h2law.com | Bio | vCard | LinkedIn
>
> **NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.
>
> **COMMUNICATION:** Please copy all Intellectual Property instructions to ipdocket@h2law.com to ensure proper handling and send corresponding originals to our Royal Oak, MI office.

**From:** Robert W. Hernquist <rwh@h2law.com>
**Sent:** Monday, November 2, 2020 9:29 PM
**To:** 'Paul B. Derby' <pderby@skiermontderby.com>
**Cc:** Johnny O'Kane <jokane@skiermontderby.com>; Mane Sardaryan <msardaryan@skiermontderby.com>
**Subject:** CWI / Diageo

Paul,

I have attached revised drafts of the Joint Pre-Trial Order and Exhibit list, and have also attached Diageo's objections to CWI's proposed trial exhibits.

As you will see in the objections, there appear to be some issues with a handful of CWI's proposed exhibits – the bates numbers do not match the document descriptions within the index.

I apologize for the delay on this. Review of documents was significantly slowed down with the pandemic / work from home orders. We have had issues uploading documents to a platform that I could access from home. There are still a couple of small gaps in the parties' productions that I have not been able to review. Because of those issues, I have some concerns about committing to a final list of trial exhibits so early. I understand your desire to submit this so we can get a trial date, but I would propose that the parties allow some leeway to amend the proposed trial exhibits with an agreement to finalize the exhibits a set time prior to trial (90 days, 120 days etc.).

Best,
-Rob


<image001.png>  **Robert W. Hernquist**
Attorney

> 3800 Howard Hughes Pkwy., Ste. 1000, Las Vegas, NV 89169
> **D:** 702.667.4834  |  **F:** 702.567.1568
> rwh@h2law.com  |  Bio  |  vCard  |  LinkedIn

**NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**COMMUNICATION:** Please copy all Intellectual Property instructions to ipdocket@h2law.com to ensure proper handling and send corresponding originals to our Royal Oak, MI office.

<Exhibit List - 9.24.20 (v.5 redline).RH edits 11.03.2020.docx>


<CWI adv. Diageo - Stipulation to Extend Joint Pretrial Order Deadline (Fourth Request).docx>